

FILED
CLERK, U.S. DISTRICT COURT

SEP  9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR 07-01063-SJO |
| )  | |
| Plaintiff,   ) | ORDER OF DETENTION AFTER HEARING |
| )  | (Fed.R.Crim.P. 32.1(a)(6) |
| v.   ) | 18 U.S.C. § 3143(a) |
| )  | Allegations of Violations of |
| ROY L. GARNER,   ) | Probation/Supervised Release |
| )  | Conditions) |
| Defendant.   ) | |

   On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

   The court finds no condition or combination of conditions that will reasonably assure:

   A.   (✓) the appearance of defendant as required; and/or

   B.   (✓) the safety of any person or the community.

   The Court concludes:

   A.   (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

1  B.  ( ✓ Defendant is a flight risk because defendant has
2     not shown by clear and convincing evidence that: _
3     _he can abide by conditions of release_
4     _____
5     _____
6     _____
7     _____

8  IT IS ORDERED defendant be detained.

10  DATED: September 9, 2008

         _Carolyn Turchin_
11       CAROLYN TURCHIN
12       U.S. MAGISTRATE/DISTRICT JUDGE

2